UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA | Case No.: CR 11-00939 RS |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER PERMITTING CRAIG OGANS TO USE AN MP3 AUDIO PLAYER TO REVIEW DISCOVERY AT GLENN E. DYER DETENTION CENTER |
| vs. | |
| CRAIG OGANS, | |
| Defendant. | |

///

Finding good cause shown as discovery has been provided in digital format:

IT IS HEREBY ORDERED that CRAIG OGANS be permitted to use an MP3 player in order to review audio discovery at Glenn E. Dyer Detention Facility.

Dated: APRIL _19_, 2012

By: _____
HON. RICHARD SEEBORG
U.S. DISTRICT COURT JUDGE

EX PARTE APPLICATION FOR MP3 PLAYER
CR 11-00939 RS