RICHARD A. TAMOR, ESQ.
TAMOR & TAMOR
The Sierra Building
311 Oak Street, Suite 108
Oakland, CA 94607
Telephone: (415) 655-1969
Facsimile: (415) 887-7658
rtamor@TamorLaw.com

Attorneys for Defendant,
CRAIG ALLEN OGANS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CRAIG ALLEN OGANS,<br>a/k/a Byron Stuart Baker,<br><br>    Defendant. | CASE NO. CR-11-0939-RS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE TO MAY 9, 2013 AT 11:15 A.M.** |

    Defendant Craig Allen Ogans, by and through his attorney Richard Tamor, and the United States, by and through Assistant United States Attorney Adam Reeves, hereby stipulate and agree to continue the Settlement Conference, currently set for April 11, 2013 at 11:15 a.m., to May 9, 2013 at 11:15 a.m. The parties further stipulate and agree that the parties will submit their Settlement Conference Statements on or before May 2, 2013.

STIPULATION AND [PROPOSED] ORDER
*United States v. Ogans*, Case No. 11-CR-00939-RS

1

IT IS SO STIPULATED.

Dated:  March 22, 2013        TAMOR & TAMOR

                              By:         /S/
                                    RICHARD TAMOR

                              ATTORNEYS FOR DEFENDANT GRAIG
                              ALLEN OGANS


Dated:  March 22, 2013        MELINDA HAAG
                              UNITED STATES ATTORNEY


                              By:         /S/
                                    ADAM A. REEVES

                              ASSISTANT UNITED STATES ATTORNEY
                              ATTORNEY

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

The Settlement Conference, currently set for April 11, 2013, at 11:15 a.m., is continued to May 9, 2013 at 11:15 a.m.  The parties shall submit their Settlement Conference Statements on or before May 2, 2013.

                              DATED:

Date: April 1, 2013           _____
                              Honorable Laurel Beeler
                              United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
*United States v. Ogans*, Case No. 11-CR-00939-RS