RICHARD A. TAMOR
TAMOR & TAMOR
The Sierra Building
311 Oak Street, Suite 108
Oakland, CA 94607
Telephone: (415) 655-1969
Facsimile: (415) 887-7658
web: www.TamorLaw.com

ATTORNEYS FOR DEFENDANT
CRAIG ALLEN OGANS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 11-CR-00939-RS |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER CONTINUING THE CASE |
| v. ) | AND EXCLUDING TIME |
| ) | |
| CRAIG ALLEN OGANS, ) | |
| a/k/a Byron Stuart Baker, ) | |
| ) | |
| Defendant. ) | |

WHEREAS, on December 20, 2011, the defendant was arraigned on the indictment before Magistrate Judge Spero;

WHEREAS, on December 23, 2011, the United States produced documents and other materials to counsel for the defendant;

WHEREAS, on May 1, 2012, the United States filed a superseding indictment adding charges in this case;

WHEREAS, on May 8, 2012, the United States produced documents and other materials to counsel for the defendant;

WHEREAS, on June 25, 2012, the Superior Court of the State of California issued an order unsealing the affidavits supporting the search warrants in the parallel state prosecution and the United States Attorney's Office, in reliance thereon, produced the underlying search warrant

STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME
*United States v. Ogans*, Case No. 11-CR-00939-RS

1

affidavits to counsel for the defendant, as requested;

    WHEREAS, on August 28, 2012, the defendant moved to suppress evidence;

    WHEREAS, on March 15, 2013, the Court conducted an evidentiary hearing on the motion to suppress evidence;

    WHEREAS, on April 2, 2013, the Court issued an order denying the motion to suppress evidence;

    WHEREAS, counsel for the defendant needs time for effective preparation following the Court's ruling;

    WHEREAS, on April 16, 2013, the Court ordered a settlement conference, which has now been re-scheduled for June 10, 2013, before Magistrate Judge Beeler;

    WHEREAS, the Court had previously scheduled a status conference for May 21, 2013 and the parties agree that this status conference should be continued until after the settlement conference;

    WHEREAS, undersigned defense counsel will be out of the country from June 24, 2013 to July 12, 2013, and will be out of state from August 5, 2013 to August 16, 2013; and

    WHEREAS, undersigned government counsel will be in a 3 week trial beginning July 19, 2013.

    THEREFORE, it is hereby stipulated by and between the parties, through their respective counsel of record, that the case should be continued from April 16, 2013 to August 20, 2013; and the period of time from April 16, 2013 to August 20, 2013 shall be excluded in computing the time within which the trial of the offenses alleged in the Indictment must commence under Title 18, United States Code, Section 3161.

///

///

///

///

STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME
*United States v. Ogans*, Case No. 11-CR-00939-RS

| | | |
|---|---|---|
| DATED: May 17, 2013 | /s/ | |
| | _____ | |
| | Richard A. Tamor, Esq.<br>Tamor & Tamor<br>Counsel to Craig Allen Ogans | |
| DATED: May 17, 2013 | MELINDA HAAG<br>United States Attorney | |
| | /s/ | |
| | _____ | |
| | Adam A. Reeves<br>Assistant United States Attorney | |

STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME
*United States v. Ogans*, Case No. 11-CR-00939-RS

**[~~PROPOSED~~] ORDER EXCLUDING TIME**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

The ends of justice are served by finding that a continuance from April 16, 2013 to June 18, 2013 outweighs the best interests of the public and the defendant in a speedy trial and the prompt disposition of criminal cases and the Court concludes that the exclusion of time from April 16, 2013 to August 20, 2013 should be made under Title 18, United States Code, Sections 3161(h)(7)(B)(iv).

DATED: 5/20/13

_____
HON. RICHARD SEEBORG
United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME
*United States v. Ogans*, Case No. 11-CR-00939-RS